BRESWICK & Co. et al., as Stockholders of HARRISON-RYE REALTY CORPORATION, on Behalf of Themselves and All Other Stockholders of Said Corporation Similarly Situated, Appellants, and FLORENCE W. BRILL, as the Owner and Holder of Common and Class B Preferred Stock of Said Corporation, et al., Interveners, Respondents, v. HARRISON-RYE REALTY CORPORATION et al., Appellants; COMMODORE HOTEL, INC., Impleaded Defendant-Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion to resettle order denied, without

costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 820.]